Gregory B. Smith 6657
**GREG SMITH AND ASSOCIATES**
111 East 5600 South, #105
Murray, Utah 84107
Telephone: 801-609-8393
Email: jh@justiceinutahnow.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, STATE OF UTAH

| | |
|---|---|
| DILLON KIRSCH<br><br>    Plaintiff<br><br>vs.<br><br>CONSULTNET LLC AND SOLUTIONREACH,<br><br>    Defendant | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 1:19-cv-00139-PMW<br><br>Magistrate Judge Paul M Warner |

COMES NOW, Plaintiff, through counsel, and hereby provides notice of dismissal of the above-entitled case pursuant to rule Fed. R. Civ. P. 41. To date there is no answer on file.

DATED this 7th of February, 2020.

　　　　　　　　　　　　　　　　　　　　　*/s/ Greg Smith*
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Case 1:19-cv-00139-PMW Document 7 Filed 02/07/20 Page 2 of 2